# EXHIBIT 2

**Mansour Yamin**
940 Clifton D
Beverly Hills, CA 90210

Phone: (310) 271-3107                                                                        Fax: (310) 273-4246

Via fax (310)207-6308
And certified mail # 7008 1140 0004 8515 7751

September 25, 2008

Namco Capital Group, Inc.,
Mr. Ezri Namvar
12121 Wilshire Blve., # 1400
Los Angeles, Ca 90025
Fax: (310) 207-6308

Re:  Payoff demand
     Promissory Note dated April 4, 2008
     Yamin Family 1999 Limited Partnership

Dear Mr. Namvar:

For the past 7 weeks or more, you have been asked for payoff of the above referenced promissory note. My son Soleiman Yamin, my brother Ned Yamin my secretary Jackie and myself have been in contact with you and your office requesting the full payoff. However, up to date we have not received the payment and furthermore, you do not answer my calls. I am in process of acquiring a property and am in need of the funds. This letter shall serve as the demand for an immediate payoff of full principal and all due interest. Should there be any costs or damages, I'll be compelled to take legal actions.

Sincerely yours,

*[signature]*

Mansour Yamin